**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, NJ 07068
Tel. 973.597.2500
Fax 973.597.2400

*Counsel for the BlueMountain Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLUEMOUNTAIN FOINAVEN MASTER FUND L.P., BLUEMOUNTAIN GUADALUPE PEAK FUND L.P., BLUEMOUNTAIN LOGAN OPPORTUNITIES MASTER FUND L.P., BLUEMOUNTAIN MONTENVERS MASTER FUND SCA SICAV-SIF, BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND L.P., BLUEMOUNTAIN KICKING HORSE FUND L.P., BLUEMOUNTAIN LONG/SHORT EQUITY MASTER FUND L.P., and BLUEMOUNTAIN TIMBERLINE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL PEARSON, and HOWARD B. SCHILLER, <br><br> Defendants. | Civil Case No. 3:16-cv-7328 <br><br><br> **THE BLUEMOUNTAIN PLAINTIFFS' RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs BlueMountain Foinaven Master Fund L.P., BlueMountain Guadalupe Peak Fund L.P., BlueMountain Logan Opportunities Master Fund L.P., BlueMountain Montenvers Master Fund SCA SICAV-SIF, Blue Mountain Credit Alternatives Master Fund L.P., BlueMountain Kicking Horse Fund L.P., BlueMountain Long/Short Equity Master Fund L.P.,

- 2 -

and BlueMountain Timberline Ltd. (collectively, the "BlueMountain Plaintiffs") hereby certifies as follows.

BlueMountain Foinaven Master Fund L.P. has no parent corporations, and no publicly held corporation owns 10% or more of BlueMountain Foinaven Master Fund L.P's stock.  BlueMountain Foinaven Master Fund L.P.'s investment adviser, BlueMountain Capital Management, LLC, is a limited liability company in which Affiliated Managers Group, Inc., a public corporation, indirectly owns a non-controlling revenue share.

BlueMountain Guadalupe Peak Fund L.P. has no parent corporations, and no publicly held corporation owns 10% or more of BlueMountain Guadalupe Peak Fund L.P.'s stock.  BlueMountain Guadalupe Peak Fund L.P.'s investment adviser, BlueMountain Capital Management, LLC, is a limited liability company in which Affiliated Managers Group, Inc., a public corporation, indirectly owns a non-controlling revenue share.

BlueMountain Logan Opportunities Master Fund L.P. has no parent corporations, and no publicly held corporation owns 10% or more of BlueMountain Logan Opportunities Master Fund L.P.'s stock.  BlueMountain Logan Opportunities Master Fund L.P.'s investment adviser, BlueMountain Capital Management, LLC, is a limited liability company in which Affiliated Managers Group, Inc., a public corporation, indirectly owns a non-controlling revenue share.

BlueMountain Montenvers Master Fund SCA SICAV-SIF has no parent corporations, and no publicly held corporation owns 10% or more of BlueMountain Montenvers Master Fund SCA SICAV-SIF's stock.  BlueMountain Montenvers Master Fund SCA SICAV-SIF's investment adviser, BlueMountain Capital Management, LLC, is a limited liability company in which Affiliated Managers Group, Inc., a public corporation, indirectly owns a non-controlling revenue share.

Blue Mountain Credit Alternatives Master Fund L.P. has no parent corporations, and no publicly held corporation owns 10% or more of Blue Mountain Credit Alternatives Master Fund L.P.'s stock.  Blue Mountain Credit Alternatives Master Fund L.P.'s investment

adviser, BlueMountain Capital Management, LLC, is a limited liability company in which Affiliated Managers Group, Inc., a public corporation, indirectly owns a non-controlling revenue share.

BlueMountain Kicking Horse Fund L.P. has no parent corporations, and no publicly held corporation owns 10% or more of BlueMountain Kicking Horse Fund L.P.'s stock. BlueMountain Kicking Horse Fund L.P's investment adviser, BlueMountain Capital Management, LLC, is a limited liability company in which Affiliated Managers Group, Inc., a public corporation, indirectly owns a non-controlling revenue share.

BlueMountain Long/Short Equity Master Fund L.P. has no parent corporations, and no publicly held corporation owns 10% or more of BlueMountain Long/Short Equity Master Fund L.P.'s stock. BlueMountain Long/Short Equity Master Fund L.P.'s investment adviser, BlueMountain Capital Management, LLC, is a limited liability company in which Affiliated Managers Group, Inc., a public corporation, indirectly owns a non-controlling revenue share.

BlueMountain Timberline Ltd. has no parent corporations, and no publicly held corporation owns 10% or more of BlueMountain Timberline Ltd.'s stock. BlueMountain Timberline Ltd.'s investment adviser, BlueMountain Capital Management, LLC, is a limited liability company in which Affiliated Managers Group, Inc., a public corporation, indirectly owns a non-controlling revenue share.

| | |
|---|---|
| Dated: October 14, 2016 | **LOWENSTEIN SANDLER LLP** |
| | By:   s/ Lawrence M. Rolnick |
| | Lawrence M. Rolnick |
| | Thomas E. Redburn, Jr. |
| | Sheila A. Sadighi |
| | Michael J. Hampson |
| | 65 Livingston Avenue |
| | Roseland, NJ  07068 |
| | Tel. 973.597.2500 |
| | Fax  973.597.2400 |
| | lrolnick@lowenstein.com |
| | tredburn@lowenstein.com |
| | ssadighi@lowenstein.com |
| | mhampson@lowenstein.com |
| | |
| | *Counsel for the BlueMountain Plaintiffs* |